FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT -2 2018

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | No. 4:18CR 00524 KGB |
| ) | |
| MICHAEL MORRISON, JR   ) | |

## MOTION TO SEAL INDICTMENT

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), and in order to prevent flight of the defendant prior to arrest and to protect officers executing the arrest warrant, the United States requests that the above-styled indictment be sealed until the defendant is in custody or has been released pending trial.

CODY HILAND
United States Attorney

_____
BY: EDWARD O. WALKER
AR Bar No. 2000076
Assistant United States Attorney
P. O. Box 1229
Little Rock, Arkansas 72203
501.340.2611
Edward.O.Walker@usdoj.gov

## ORDER

Pursuant to the above request, the indictment in this matter shall be sealed until the defendant is in custody or has been released pending trial.

10-2-18
_____
DATE

_____
UNITED STATES MAGISTRATE JUDGE