FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT - 2 2018

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No.: 4:18CR 00524 KGB |
| ) | |
| v. ) | |
| ) | Title 21, U.S.C. § 841(a)(1) |
| MICHAEL MORRISON, JR. ) | Title 18, U.S.C. § 924(c) |
| ) | Title 18, U.S.C. § § 3571 & 3013 |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT 1

*(Possession with the Intent to Distribute Methamphetamine Actual)*

On or about December 18, 2017, in the Eastern District of Arkansas, the defendant,

**MICHAEL MORRISON, JR.,**

did knowingly and intentionally possess with the intent to distribute more than fifty (50) grams of methamphetamine actual, a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A).

## COUNT 2

*(Possession of a Firearm in Furtherance of Drug Trafficking)*

On or about December 18, 2017, in the Eastern District of Arkansas, the defendant,

**MICHAEL MORRISON, JR.,**

did knowingly possess a firearm, to wit: a Model 213, 9 x 19mm semiautomatic pistol, bearing serial number 3248995, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession of methamphetamine with the intent to distribute, all in violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION 1

Upon conviction of Count One, the defendant MICHAEL MORRISON, JR., shall forfeit to the United States, under 21 USC § 853, all property, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation, including but not limited to the following specific property:

a) One (1) a Model 213, 9 x 19mm semiautomatic pistol, bearing serial number 3248995, and;

b) Fifteen (15) rounds of .9mm caliber ammunition.

All pursuant to 21 U.S.C. § 853.

(END OF TEXT.  SIGNATURE PAGE ATTACHED.)