# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

VS.                                                          NO.   4:18CR00524 KGB

MICHAEL MORRISON, JR.

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE CUSTODIAL AUTHORITY at the Saline County Sheriff's Office and
TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF ARKANSAS:

GREETINGS:

      We command that you surrender the body of MICHAEL MORRISON, JR. DOB: 12/7/1980 detained in the Saline County Sheriff's Office, Benton, Arkansas in your custody, under safe and secure conduct, to the custody of the United States Marshal for the Eastern District of Arkansas, and the said Marshal is directed to produce the body of the Defendant before this Court on October 25, 2018 at 2:00 p.m., before the Honorable Beth Deere, and after the proceedings have been concluded, that you return MICHAEL MORRISON, JR. to Saline County Sheriff's Office under safe and secure conduct.

      IN WITNESS WHEREOF, I have set my hand and the seal of said court, this 9 October 2018.

_____
UNITED STATES MAGISTRATE JUDGE